[No. 21901–4–I. Division One. December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. WADE W. OAKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81–1–01210–4, Anne L. Ellington, J., entered February 19, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Forrest, J., and Revelle, J. Pro Tem.

[No. 22317–8–I. Division One. December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JAMES MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 87–1–00413–3, Stuart C. French, J., entered May 16, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Webster, J.

[No. 23538–9–I. Division One. December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALLEN ARGETSINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00767–0, Gerald L. Knight, J., entered January 18, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Webster, J.